IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NUMOTION,<br><br>　　　　　　Defendant. | No. 8:25-cv-00374-RCC<br><br><br>**DEFENDANT'S STATUS REPORT** |

Defendant Numotion hereby files this Status Report, pursuant to the Court's March 2, 2026 Order, and states as follows:

1.　　　On August 6, 2025, Numotion filed a Second Motion for Stay Based on Class Action Settlement. Dkt. No. 8.

2.　　　On August 27, 2025, the Court granted Defendant's motion to stay. Dkt. No. 10. In its Order, the Court stayed "[a]ll case proceedings, including the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint," "through preliminary and final approval of settlement in the earlier filed and related consolidated Sylvester action." *Id.*

3.　　　The Court further ordered that Numotion "file a status report" "on November 24, 2025 and every 90 days thereafter advising the court of the status of the Sylvester settlement." *Id.*

4.　　　On November 4, 2025, plaintiffs in the related and earlier-filed actions filed their Unopposed Motion and Memorandum in Support of Motion for Preliminary Approval of the Class Action Settlement, requesting a court order granting preliminary approval of the proposed class

action settlement. *In Re: Numotion Data Incident Litigation*, No. 3:24-cv-00545 (M.D. Tenn.) (Dkt. Nos. 44–45) ("*In Re: Numotion* Action").

5. On November 12, 2025, the court in the *In Re Numotion* Action entered an order approving the revised claim form. (*Id.* at Dkt. No. 50.)

6. On November 24, 2025, Numotion filed Defendant's Status Report. Dkt. No. 11.

7. On December 3, 2025, the court in the *In Re Numotion* Action entered an order granting preliminary approval of class action settlement. (Dkt. No. 51.)

8. On February 16, 2026, the *In Re Numotion* plaintiffs filed Plaintiffs' Unopposed Motion for Final Approval, Attorneys' Fees, and Service Awards and proposed final approval order. (Dkt. Nos. 53–55.)

9. On February 23, 2026, Numotion filed Defendant's Status Report. Dkt. No. 13.

10. On March 2, 2026, the Court entered an order, continuing the stay of the case, and ordering Numotion to file a status report by May 26, 2026, or upon a ruling on the *In Re Numotion* final approval motion. Dkt. No. 14.

11. On April 13, 2026, the *In Re Numotion* court granted final approval of the *In Re Numotion* class action settlement. (Dkt. No. 64.) In this order, the court ordered and adjudged that the action was dismissed with prejudice.

12. In its order granting final approval, the court further ordered that "Settlement Class Members are further barred and permanently enjoined from asserting, instituting or prosecuting, either directly or indirectly, the Released Claims." (*Id.* at ¶¶ 14, 16.)

13. Plaintiff did not opt out of the *In Re Numotion* settlement, and is a Settlement Class Member, bound by the terms and releases of the court's approval orders and the settlement

agreement. As such, Numotion respectfully requests that the Court dismiss the above-captioned action, with prejudice.

Dated this 17th day of April, 2026

/s/ Casie D. Collignon
Casie D. Collignon
Keeley O. Cronin (*pro hac vice* forthcoming)
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
T: 303.861.0600
F: 303.861.7805
E: ccollignon@bakerlaw.com
   kcronin@bakerlaw.com

Robert J. Toth, II
**KUTAK ROCK**
1650 Farnam Street
Omaha, NE 68102
T: 402.346.6000
F: 402.346.1148
E: robert.toth@kutakrock.com

*Attorneys for Defendant Numotion*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2026, I electronically filed the foregoing **DEFENDANT'S STATUS REPORT** with the Clerk of the Court using the CM/ECF system and served a copy of the same via U.S. First Class Mail to the following:

Billy Tyler
4311 Grand Avenue
Omaha, NE 68111

/s/ Carolyn M. Lux

3