IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILLY TYLER, | |
| Plaintiff, | **8:25CV374** |
| v. | |
| NUMOTION, | **ORDER** |
| Defendant. | |

This matter is before the Court on plaintiff Billy Tyler's ("Tyler") objection (Filing No. 20) to the magistrate judge's[1] May 7, 2026, Order (Filing No. 19).  In that Order, the magistrate judge reminded Tyler "that vulgarities, name calling and otherwise abusive language will not be tolerated in this case."   He also imposed a 90-day stay to allow "the parties to determine whether [Tyler] is a settlement class member as alleged in [defendant Numotion's] status report."

 In a document described as an "appeal," Tyler states, "We appeal all of order of 5-7-26 order."  In particular, he seems to take exception to any suggestion that he has agreed to be part of a case in Tennessee.

Given the nature of Tyler's "appeal," the Court ordered the Clerk of Court to docket it as an objection to the magistrate judge's order.  *See* NECivR 72.2.  Upon careful review, the Court finds no merit to Tyler's objection.  *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); NECivR 72.2.  Proper decorum and civility are expected of all litigants, and the Court's admonitions should be heeded.  *See, e.g.*, *Soliman v. Johanns*, 412 F.3d 920, 922

---

[1]The Honorable Ryan C. Carson, United States Magistrate Judge for the District of Nebraska.

(8th Cir. 2005) ("Even pro se litigants must comply with court rules and directives."); *Skogen v. Dow Chem. Co.*, 375 F.2d 692, 703 (8th Cir. 1967).

As for the stay, it is fully warranted under the circumstances. *See Biby v. Kan. City Life Ins. Co.*, 629 F.2d 1289, 1293 (8th Cir. 1980) ("It is critical to a trial court's power of control over its own docket and its ability to effectively serve all litigants seeking its service that it maintain control over the progress of cases before it, including control over any extensions of time that may be granted."). Tyler's objection (Filing No. 20) is therefore overruled, and the magistrate judge's May 7, 2026, Order (Filing No. 19) is affirmed.

IT IS SO ORDERED.

Dated this 3rd day of June 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2